**11 CV 6623**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Barry Simon.__
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__Thomas Kidera.__
__Lesly Williams__
__A.H.P.D M.D.R. #312793.__
__Anthony Blanding.__
__Obafemi Himotep.__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

RECEIVED SEP 16 2011 PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Barry Simon.__
Street Address __83 East 18th Street Apt #6.__
County, City __Kings County, New York City.__
State & Zip Code __New York State, 11226.__
Telephone Number __(347) 280-0373.__

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

**Defendant No. 1**
Name: THOMAS KIBERA
Street Address: 100 CHURCH STREET RM# 3-301
County, City: NEW YORK COUNTY, NEW YORK CITY
State & Zip Code: NEW YORK STATE, 10007
Telephone Number: (212) 442-4140

**Defendant No. 2**
Name: LESLY WILLIAMS
Street Address: 100 GOLD STREET
County, City: NEW YORK COUNTY, NEW YORK CITY
State & Zip Code: NEW YORK STATE, 10038
Telephone Number: -311-

**Defendant No. 3**
Name: N.H.P.D. M.D.R #312793
Street Address: 94 OLD BROADWAY
County, City: NEW YORK COUNTY, NEW YORK CITY
State & Zip Code: NEW YORK STATE, 10027
Telephone Number: -311-

**Defendant No. 4**
Name: ANTHONY BLANDING, OBAFEMI HIMOTEP
Street Address: 83 13/45 118th STREET APT #6
County, City: KINGS COUNTY, NEW YORK CITY
State & Zip Code: NEW YORK STATE, 11226
Telephone Number: -UNKNOWN-

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions        ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? CONSPIRACY BY GOVERNMENT AGENCIES TO "CHEAT ME OUT OF MY 14th AMENDMENT RIGHTS TO - DUE PROCESS" OF THE LAW (FROM THE U.S. CONSTITUTION)

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____

Rev. 05/2010

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 881 EAST 18TH STREET APT #6 BROOKLYN, NEW YORK 11226 141 LIVINGSTON STREET, BROOKLYN, N.Y. 11201 RM 409 "13" A.H.C.R QUARTZ PLAZA, Q.V. 92-31 UNION HALL STREET, JAMAICA, NEW YORK 11435 8TH FLOOR.

B. What date and approximate time did the events giving rise to your claim(s) occur? THE AFTERNOON OF 01-20-11, 01-27-11, LATE MORNING OF 04-06-11 AND 04-07-11 AND ON AFTERNOON OF 08-17-11 AND 08-22-11 AND 08-24-11 AND ON 07-29-11 AND ON 08-01-11 AND ON 08-08-11 THEN FINALLY ON 08-15-11.

C. Facts: ON 01-20-11, 01-27-11 ANTHONY BLANDING & OBAFEMI HIMOTEP PRETENDING TO BE LANLORD, AS PART OF A CONSPIRACY ALONG WITH CENTRAL MANAGEMENT AND A.H.P.A CHEATED ME OUT OF $900 DOLLARS ALONG WITH BEING ALLOWED TO MAKE FALSE PROMISES OF GIVING ME LEGITIMATE PROOF OF TENANCY IN WRITING. THEN ON 04-05-11, 04-06-11 OBAFEMI HIMOTEP CALLED 911 EMERGENCY POLICE ON ME AND TOLD THEM HE WAS THE LANDLORD AND TRIED TO USE THEM TO MAKE ME HAVE TO GET OUT OF THE APARTMENT AND THE OFFICER'S LEON (1579) & HASNAT (9131) OF THE 70TH PCT GAVE ME A VERY HARD TIME AND CONVERSATIONALLY TRYING TO TRICK & CHEAT ME. HE, OBAFEMI, ALSO HIT ME IN THE FACE ON 04-07-11 BUT THE 911 EMERGENCY THAT I CALLED SAID THEY DIDN'T SEE THE SERIOUSNESS OF MY CALL NEITHER DID THE AMBULANCE I THEN GOT INFORMATION FROM ID-H-CR LETTING ME KNOW THAT THEY HAD NOT REGISTERED FROM 1984 UP TO 2011, AND FILED AGAINST THEM, HIMOTEP, BLANDING ALONG WITH REPORTING IT TO HOD, AND HP. HOUSING COURT R-409 "13"

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ON 04-07-11 AFTER CALLING 911 & AMBULANCE WHEN OBAFEMI HIT ME THEY THE AMBULANCE DIDN'T EVEN TAKE ME TO THE HOSPITAL FOR X-RAYS BECAUSE THE POLICE TOLD THEM SOMETHING AFTER DEALING WITH OBAFEMI HIMOTEP SO THE BOTH POLICE & AMBULANCE PEOPLE TOLD ME THEY DIDN'T BELIEVE MY COMPLAINT WAS SERIOUS ENOUGH TO DO ANYTHING WITH-

*Rev. 05/2010*

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I WANT THE COURT TO ISSUE A RESTRAINING ORDER AGAINST OBAFEMI ARMOTEY-ANTHONY BLANDING ALONG WITH A.H.P.D., CENTRAL MANAGEMENT, 141 LIVINGSTON ST. COURTROOM 404, THE 70th PCT AND CORPORATION COUNSEL FOR WORKING A CONSPIRACY TO CHEAT ME OUT OF MY "DUE PROCESS" RIGHT OF THE FEDERAL FAIR HOUSING ACT BY THEIR MALICIOUS & UNLAWFULL DISCRIMINATION AGAINST ME THAT IS PROTECTED BY RENT STABALIZATION LAW AND THE EMERGENCY TENANT PROTECTION ACT BECAUSE D.H.C.R. RECOGNIZES THE CREDIBILITY OF MY TENANCY AND THE PROOF THAT I PROVIDED AND THEIR LAW SAYS I AM ENTITLED TO THREE TIMES THE AMOUNT OF THE OVER CHARGE GOING BACK 2 YEAR BUT BECAUSE OF HOW I AM BEING TREATED I AM DEMANDING $1,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of SEPTEMBER, 2011

Signature of Plaintiff   Barry Simon

Mailing Address   83 EAST 18th STREET APT #6
BROOKLYN, NEW YORK 11226

Telephone Number   (347) 280-0373

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: HOUSING PART B
------------------------------------------------------------------------ x

BARRY SIMON,

                                                    Petitioner,

-against-

NYC CENTRAL MANAGEMENT #312793 94 OLD BROADWAY, NEW YORK, NY 10027, TONY BLANDINO, OBAFEMI HIMOTEP #83 EAST 18 ST. #6 BROOKLYN, NY 11226 and DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK,

                                                    Respondents.

**VERIFIED ANSWER**

Index No. 2089/2011

------------------------------------------------------------------------ x

       Respondent, the City of New York ("City," sued herein as "NYC CENTRAL MANAGEMENT #312793 94 OLD BROADWAY, NEW YORK, NY 10027" and "DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK") by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for its Verified Answer to the Verified Petition ("Petition") respectfully:

       1.      Denies the truth of the allegations set forth in paragraph "1" of the Petition.

       2.      Admits the truth of the allegations set forth in paragraph "2" of the Petition.

       3.      Denies the truth of the allegations set forth in paragraph "3" of the Petition, and respectfully refers the Court to the Petition for a statement of the Administrative Code violations allegedly violated.

4. Paragraph "4" is an allegation to which a response is not required. To the extent a response is required, the city denies the allegations set forth in paragraph "4".

5. Denies the truth of the allegations set forth in paragraph "5" of the Petition.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "6" of the Petition.

### AS AND FOR A FIRST DEFENSE

7. The Petition fails to state a cause of action.

### AS AND FOR A SECOND DEFENSE

8. Some of the conditions alleged in the Petition may have been or are currently in the process of being remedied by respondent, City.

### AS AND FOR A THIRD DEFENSE

9. Some of the conditions alleged in the Petition may be the responsibility of co-respondent Obafemi Himotep, under the lease agreement.

### AS AND FOR A FOURTH DEFENSE

10. Petitioner may have caused some of the conditions alleged in the Petition.

### AS AND FOR A FIFTH DEFENSE

11. Respondents, Department of Housing Preservation and Development of the City of New York ("HPD") and New York City Central Management ("NYCCM") are not suable entities. Therefore, the Petition must be dismissed as against HPD and NYCCM.

### AS AND FOR A SIXTH DEFENSE

12. Petitioner is not a tenant of record of 83 East 18th Street, Apt. 6, Brooklyn NY 11226.

### AS AND FOR A SEVENTH DEFENSE

13. Petitioner lacks standing to assert any claims pursuant to the New York City Housing Maintenance Code.

**WHEREFORE**, respondent City of New York respectfully requests that the Petition be dismissed against it, together with costs and disbursements; and for any further relief as the Court deems just and proper.

Dated:    New York, New York
             August 5, 2011

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the City of New York
                                  *Attorney for Respondents New York City Central Management and HPD ("City of New York")*
                                  100 Church Street, Room 3-301
                                  New York, New York 10007
                                  (212) 442-4140

BY: _____
        Thomas Kidera
        Special Assistant Corporation Counsel

## VERIFICATION

STATE OF NEW YORK    )
:                    SS.:
COUNTY OF NEW YORK   )

LESLY WILLIAMS, being duly sworn, states:

I am Director of Urban Renewal and Property Management Services at New York City Department of Housing Preservation and Development ("HPD"), an agency of the City of New York. The City of New York and HPD are respondents in this action. I have read the foregoing Answer and I know that the contents thereof are true to my own knowledge based upon information obtained from the books and records of HPD and the New York City Law Department and from statements made to me by present and former employees, officers or agents of HPD and the New York City Law Department, except as to matters alleged on information and belief, and as to those matters, I believe them to be true.

_____
LESLY WILLIAMS

Sworn to before me this
8th day of August, 2011

_____
NOTARY PUBLIC

CHARRAN COOMA
Notary Public, State of New York
No. 41-4915999
Qualified in Queens County
Commission Expires December 21, 2013

Index No. 2089/2011

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: HOUSING PART B

BARRY SIMON,

                                                    Petitioner,

-against-

NYC CENTRAL MANAGEMENT #312793, 94 Old Broadway, New York, NY 10027, TONY BLANDINO, OBAFIEMI HIMOTEP, and THE DEPARTMENT OF HOUSING PREVENTION AND DEVELOPMENT (DHPD),

                                                    Respondents.

## VERIFIED ANSWER

***MICHAEL A. CARDOZO***
Corporation Counsel of the City of New York
*Attorney for Respondents NYC Central Management and HPD*
100 Church Street
New York, N.Y. 10007

*Of Counsel: Thomas Kidera*
*Special Assistant Corporation Counsel*
*Tel: (212) 788-1148*
*LM No. 2011-024926*

*Due and timely service is hereby admitted.*

New York, N.Y. ........................................................, 200......

..............................................................*Esq.*

*Attorney for*..............................

# CIVIL COURT OF THE CITY OF NEW YORK

County of KINGS
Date 8-15-2011    Part Housing Part B

Barry Simon

Petitioner(s),

against

NYC Central Mgmt., Tony Blandino, Obakeni Himotep, DHPD

Respondent(s)

Index No. L&T: 2099/2011
Page ____ of ____
Hon. Cohen

~~STIPULATION OF SETTLEMENT~~ Order

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Barry Simon | | ✓ | | |
| Respondent 1 NYC Central Management | | ✓ | | |
| Respondent 2 DHPD | | | | |
| Respondent 3 | | | | |

**SO ORDERED**

HON. HANNAH COHEN

---

The City of New York, through the Department of Housing Preservation and Development, ~~agrees to~~ will replace and/or repair the mailbox at 83 E. 18th Street, Apt. 6, Brooklyn, NY 11226 by 9/15/11. In doing this the City in no way recognizes Barry Simon as Tenant of Record in said apartment, and in no way waives defenses related to fact that Barry Simon is not in fact a tenant of the City who has no standing to press the above-referenced matter.

Date: 8-15-2011

Thomas N. Kiofra
Counsel for City
100 Church St. Rm 3-301
New York NY 10007
212/442 4140

Barry Simon



| State of New York<br>Division of Housing and Community Renewal<br>Office of Rent Administration<br>Web Site: www.nysdhcr.gov | Gertz Plaza<br>92-31 Union Hall St<br>Jamaica NY  11433<br>(718) 739-6400 | Docket No.<br>ZH 210105 R<br>Issue Date<br>08/26/2011 |
|---|---|---|

# DOCKETING ACKNOWLEDGEMENT NOTICE

**Mailing Address of Recipient:**

BARRY SIMON
APT 6
83 E 18TH ST
BROOKLYN NY  11226

**Correspondence Address:**

OVERCHARGE COMPLAINT BUREAU
GERTZ PLAZA
92-31 UNION HALL ST
JAMAICA NY  11433

**Subject Building Address:**

83 E 18TH ST
BROOKLYN NY  11226

Docket Number:    ZH 210105 R

Case Type:    TENANT RENT OVERCHARGE

Filing Date:    08/22/2011

Apartment Number:    6

County:    KINGS

This will acknowledge receipt of your recent complaint/application which has been assigned the Docket Number appearing above.

All correspondence relating to this matter must refer to this Docket Number and should be addressed to the OVERCHARGE COMPLAINT BUREAU at the address above.

If there is any change in your home or mailing address, please notify the OVERCHARGE COMPLAINT BUREAU.

Please keep this form for future reference.

Date of Mailing:    08/26/2011

To:   BARRY SIMON
      APT 6
      83 E 18TH ST
      BROOKLYN NY   11226

RA82 (6/2008)                           Page 1 of 1



STATE OF NEW YORK
DIVISION OF HOUSING AND
COMMUNITY RENEWAL
OFFICE OF RENT ADMINISTRATION
ENFORCEMENT UNIT
GERTZ PLAZA
92-31 UNION HALL STREET
JAMAICA, NEW YORK 11433

## Notice of Case Opening

**Name:** ZI210015HL   TF   tment Number:

BARRY SIMON
APT. 6

**Premises:** 83 E 18TH ST
BROOKLYN NY  11226

**Docket Number:**

**Staff Member Assigned:** J. Mulholland

**Telephone No.:** (718) 262-4753

This will acknowledge receipt of your recent complaint. A case has been opened and assigned the Docket Number appearing above.

All correspondence relating to this matter should indicate the Docket Number of the case and mailed to the address indicated above.

**The following applies only if a box is checked.**

In addition, a review of your complaint indicates that you have alleged the following complaint(s) concerning your tenancy:

- ☒ Decrease in Services - Individual apartment
- ☐ Decrease in Services - Building-Wide/Common Areas
- ☐ Decrease in Services - Heat/Hot Water
- ☐ Failure to Renew Lease
- ☐ Rent Overcharge
- ☐ Other _____

Please find enclosed the appropriate Division of Housing and Community Renewal (DHCR) forms, if you wish to seek additional relief. Note: these complaint forms may be filed by mail, addressed to NYS DHCR, Office of Rent Administration, Gertz Plaza, 92-31 Union Hall Street, Jamaica, New York 11433. You will receive a separate notice for each complaint, mailing them to the address indicated above.

**Date:** 9/14/11

Director, Enforcement Unit

RN-60C (8/00)

**Receipt 1**

NO. _____          January 27, 2011

RECEIVED FROM: BARRY SIMON          $600.00

Six Hundred — DOLLARS

☒ FOR RENT: 83 E 18th St Apt 6 Rm 2 Bklyn NY 11226

| ACCOUNT | | ☒ CASH | FROM 1/27/11 TO 2/24/11 |
| PAYMENT | 600.00 | ☐ CHECK | |
| BAL. DUE | — | ☐ MONEY ORDER | BY: Tony B[arding] |

**Receipt 2**

NO. _____          January 20, 2011

RECEIVED FROM: BARRY SIMON          $300.00

Three Hundred and No/100 — DOLLARS

☒ FOR RENT: Rent (1wk) / Security (1wk)

| ACCOUNT | | ☒ CASH | FROM 1/20/11 TO 1/27/11 |
| PAYMENT | | ☐ CHECK | |
| BAL. DUE | | ☐ MONEY ORDER | BY: Tony B[arding] |



State of New York
**Division of Housing and Community Renewal**
Office of Rent Administration
Gertz Plaza
92-31 Union Hall Street
Jamaica, NY 11433
Web Site: www.dhcr.state.ny.us

## Data Request/Status Update Determination

**Mailing Address of Requester:**
Name: Barry Simon
Address: 83 E 18th St apt 6
City, State, Zip Code: Bklyn, NY 11226
Subject Building Address: Same as above

Date: 2/18/11
MDR
Reference No: 312793

Dear Requester:

In response to your recent inquiry, referenced above, a review of our records indicate:

☐ There are no pending tenant complaints and/or owner applications against the above-referenced premises.

☐ There are pending complaints and/or applications against the above-referenced premises. Enclosed is a print-out of the information.

☐ Enclosed is a print-out of Rent Roll(s) for the following years: _____

☐ There has been a filing of the Annual Registration with DHCR for the following years: _____

☑ No record of a Registration Statement is on file with DHCR for the years: 84-present

Our response is based on a review of Division records. It is not an Order and Determination indicating that a Registration has or has not been filed under the Omnibus Housing Act of 1983. An Order and Determination is issued only after a proceeding affording the affected parties an opportunity to respond has been initiated.

Certified By: _(Signature)_         Date: 2/18/11
DENISE BENSON
(Print Name)

**For Agency Use Only**

☐ Lower Manhattan BRO        ☐ Brooklyn BRO        ☐ Staten Island BRO
☐ Upper Manhattan BRO                               ☐ Bronx BRO
                    ☐ District Rent Office: _____

FS-6 (5/01)

```
HUPFL001                REGISTRATION SELECTION           AUG 17, 2011  15:37
===>                                                     THCR2123    00317
MSG  W 786 APARTMENT # NOT FOUND FOR THIS BUILDING

MANNER OF REQUEST:   _ INQ ONLY   X PHONE   _ WALK-IN   _ MAIL-IN
ADDR - #: 83_____  STR: E 18TH_____  SUF: ST____
APT NUMBER: 6_____           BLDG ID: 312793_                  *
CITY: BROOKLYN_____            ZIP CODE: 11226
REQUESTOR: (LAST) SIMON_____    (FIRST) BARRY_____   (M) _
REG YEAR:    _ 5 YR   X ALL    _ 2011   _ 2010  _ 2009  _ 2008  _ 2007  _ 2006
             _ 2005  _ 2004  _ 2003  _ 2002  _ 2001  _ 2000  _ 1999  _ 1998  _ 1997
             _ 1996  _ 1995  _ 1994  _ 1993  _ 1992  _ 1991  _ 1990  _ 1989  _ 1988
             _ 1987  _ 1986  _ 1985  _ 1984
REG YEAR   RENT ON 4/1    RENT PAID              REASON FOR DIFFERENCE

 _____    _____   _____     _____
 _____    _____   _____     _____
 _____    _____   _____     _____
 _____    _____   _____     _____
 _____    _____   _____     _____

1=HELP       2=            3=QUIT        4=            5=            6=
7=           8=            9=            10=           11=           12=CANCEL
```

*Your Papers*
*2089/11*

## INSTRUCTIONS FOR SERVING HP PAPERS

You have to go to the POST OFFICE by 5 p.m. on or before __8/1/11__ to serve the papers by using CERTIFIED MAIL with RETURN RECEIPT REQUESTED.

DO NOT MAIL THE PAPERS LATE.

Your inspection is scheduled for __8/8/11__ between the hours of __10 AM – 2 PM__. If the inspector does not come to your house, you MUST still come to court on your scheduled court date.

On your court date bring with you the CERTIFIED MAIL RECEIPT(S) stamped by the post office and your signed RETURN RECEIPT(S) as your proof of service.

YOUR COURT DATE IS __8/15/11__ 9:30 A.M.
FOURTH FLOOR     PART B     ROOM 409

Please do not come to court late. If your case is called and your are not in the courtroom, your case may be dismissed requiring you to start the process over from the beginning.

Other items you may want to bring to court with you: lease, rent receipts, pictures, inspection reports, police reports or any other proofs of harassment or repairs and services.

ALL PERSONS ENTERING THE COURTHOUSE MUST PASS THROUGH THE METAL DETECTORS. BE SURE TO ARRIVE AT LEAST ONE HALF HOUR PRIOR TO YOUR SCHEDULED APPOINTMENT.

You must also mail the waiver form to the
CORPORATION COUNSEL
at 100 Church Street
New York, New York 10007 by FIRST
CLASS MAIL WITH CERTIFICATE
OF MAILING.

*Your copy
Index # 1401-6*

## INSTRUCTIONS FOR SERVING HP PAPERS

You have to go to the POST OFFICE by 5 p.m. on or before **April 8, 2011** to serve the papers by using CERTIFIED MAIL with RETURN RECEIPT REQUESTED.

DO NOT MAIL THE PAPERS LATE.

Your inspection is scheduled for **4-14-11** between the hours of **10-2**
If the inspector does not come to your house, you MUST still come to court on your scheduled court date.

On your court date bring with you the CERTIFIED MAIL RECEIPT(S) stamped by the post office and your signed RETURN RECEIPT(S) as your proof of service.

YOUR COURT DATE IS **4-21-11**                                    **9:30 A.M.**
FOURTH FLOOR         PART B         ROOM 409

Please do not come to court late. If your case is called and your are not in the courtroom, your case may be dismissed requiring you to start the process over from the beginning.

Other items you may want to bring to court with you: lease, rent receipts, pictures, inspection reports, police reports or any other proofs of harassment or repairs and services.

ALL PERSONS ENTERING THE COURTHOUSE MUST PASS THROUGH THE METAL DETECTORS. BE SURE TO ARRIVE AT LEAST ONE HALF HOUR PRIOR TO YOUR SCHEDULED APPOINTMENT.

You must also mail the waiver form to the
CORPORATION COUNSEL
at 100 Church Street
New York, New York 10007 by FIRST
CLASS MAIL WITH CERTIFICATE
OF MAILING.

*Your Copy*
*Index # 920/1*

## INSTRUCTIONS FOR SERVING HP PAPERS

The Judge has ordered that you serve the court papers to the landlord/ his/her/their attorney(s) and/or managing agent(s) using PERSONAL IN HAND DELIVERY by 5 p.m on or before **March 2, 2011**

**Inspection Date → March 9, 2011   10am-2p**

DO NOT SERVE THE PAPERS LATE.

After you have served the papers fill out an AFFIDAVIT OF SERVICE have the affidavit NOTARIZED. Bring the affidavit of service to court with you on your court date..

YOUR COURT DATE IS **March 18, 2011** _ 9:30 A.M.
FOURTH FLOOR       PART B      ROOM 409

If your case is called and you are not in the courtroom for any reason, your case may be dismissed requiring you to start the process over from the beginning.

Other items you may want to bring to court with you: lease, rent receipts, pictures, inspection report, any papers concerning the repairs or services that will help you with your case.

ALL PERSONS ENTERING THE COURTHOUSE MUST PASS THROUGH THE METAL DETECTORS. BE SURE TO ARRIVE AT LEAST ONE HALF HOUR PRIOR TO YOUR SCHEDULED APPOINTMENT.

**You must also mail the waiver form to the CORPORATION COUNSEL at 100 Church Street New York, New York 10007 by FIRST CLASS MAIL WITH CERTIFICATE OF MAILING.**

# Housing Discrimination Complaint

U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity

OMB Approval No. 2529-0011

**Please type or print this form**

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

**This section is for HUD use only.**

| Number | (Check the applicable box) | Jurisdiction | Signature of HUD personnel who established Jurisdiction |
|---|---|---|---|
| Filing Date | ☐ Referral & Agency (specify) ☐ Systemic ☐ Military Referral | ☐ Yes ☐ No ☐ Additional Info | |

**1. Name of Aggrieved Person or Organization** (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.)
SIMON BARRY. E.
Home Phone: (347) 280-0373 SAMIE.
Business Phone:

Street Address (city, county, State & zip code)
83 EAST 18TH STREET APT 6 BROOKLYN, N.Y. 11226

**2. Against Whom is this complaint being filed?** (last name, first name, middle initial)
N.Y.C. DEPARTMENT & HOUSING PRESERVATION DEVELOPMENT #311
Phone Number

Street Address (city, county, State & zip code)
100 GOLD STREET NEW YORK, N.Y. 10038

Check the applicable box or boxes which describe(s) the party named above:
☐ Builder ☑ Owner ☐ Broker ☐ Salesperson ☑ Supt. or Manager ☐ Bank or Other Lender ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☑ and write the name and address of the company in this space:
Name: NEW YORK CITY'S
CENTRAL MANAGEMENT #312 793
Address: 94 OLD BROADWAY NEW YORK N.Y. 10027.

Name and identify others (if any) you believe violated the law in this case:
ANTHONY BLANDING, OBAFEMI HIMOTEP 83 EAST 18TH STREET APT #6 BROOKLYN N.Y. 11226.

**3. What did the person you are complaining against do?** Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.

☐ Refuse to rent, sell, or deal with you
☐ Falsely deny housing was available
☐ Engage in blockbusting
☐ Discriminate in broker's services
☑ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
☑ Advertise in a discriminatory way
☐ Discriminate in financing
☑ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
☑ Other (explain) THROUGH MR. BLANDING & HIMOTEP N.Y.C. CENTRAL MANAGEMENT TOOK ADVANTAGE OF ME

**4.** Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.

☑ Race or Color: ☑ Black ☐ White ☐ Other
☐ Religion (specify)
☐ Sex: ☐ Male ☐ Female
☑ Handicap: ☐ Physical ☑ Mental
☐ Familial Status: ☐ Presence of children under 18 in the family ☐ Pregnant female
☐ National Origin: ☐ Hispanic ☐ Asian or Pacific Islander ☐ American Indian or Alaskan Native ☐ Other (specify)

**5. What kind of house or property was involved?**
☐ Single-family house
☐ A house or building for 2, 3, or 4 families
☑ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain)

Did the owner live there?
☐ Yes ☑ No ☐ Unknown

Is the house or property
☐ Being sold? ☑ Being rented?

What is the address of the house or property?
83 EAST 18TH STREET APT 6 BROOKLYN N.Y. 11226.

**6. Summarize in your own words what happened.** Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment.
Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

I WAS SUCCORIZA INTO A DISCRIMINATORY ILLEGAL RENT OVERCHARGE SCAM BY —

**6a. When did the act(s) checked in Item 3 occur?** (Include the most recent date if several dates are involved)
01,20,11  01,27,11  03,01,11
04,05-06,11  07,29,11  07,08,11
08-15-08

**7.** I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.

Signature & Date: Barry Simon   08-15-08

CONTINUED.

MR. ANTHONY BLANSING, a MR. OBAFEMI — HIMOTIEP WHO WERE DESCRIETELY BEING ALLOWED BY N.Y.C'S CENTRAL MANAGEMENT AND H.P.D TO USE DISCRIMINATORY TACTICS TO CHEAT ME OUT OF MY RIGHT TO FAIR HOUSING BY A) CALLING 911 N.Y.P.D TO TRY TO GET ME OUT THE APARTMENT B) REMOVE MY MAIL FROM THE MAILBOX ALONG WITH DENY ME ACCESS C) WHEN EVER I FILED A COMPLAINT WITH H.P.C THE COURT DISMISS THE CASE D) H.P.D'S INSPECTOR NEVER PERFORMED FAIR AND IMPARTIAL INSPECTIONS E) H.P.D & CORP COUNSEL, ATTORNEY'S FOR N.Y.C DISCRIMINATED AGAINST ME AND DENIED MY TENANCY RIGHTS IN THEIR VERIFIED ANSWER