UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Barry Simon.*

---
---
---

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*THOMAS LIBERA.*

*LESLY WILLIAMS*

*A.H.P.D. M.A.R. #212793*

*ANTHONY BLANAING4.*

*OISAFEMI HIMOIBP.*

*N.Y.P.D. P.O. AQUINO #948625.*

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above
caption must be identical to those contained in Part I. Addresses should
not be included here.)*

*AMBENATED*

**COMPLAINT**

*11CIV 6623 .[U.A]*

Jury Trial: ☐ Yes  ☑ No

*(check one)*

*J.A.*

[stamp: NOV 18 2011 PRO SE OFFICE]

---

## I.   Parties in this complaint:

A.   List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff
Name *Barry Simon*
Street Address *83 East 18th Street Apt #6.*
County, City *Kings County, New York City*
State & Zip Code *New York State, 11226.*
Telephone Number *(347) 280-0373*

B.   List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where each
defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained
in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2010*

DEFENDANT #5  ATTACHMENT

5. N.Y.P.A. P.O. AQUINO # 948625

154 LAWRENCE AVENUE

KINGS COUNTY, NEW YORK CITY.

NEW YORK STATE, 11226.

(718) 851-5511

Defendant No. 1    Name _THOMAS KIBERA_
Street Address _100 CHURCH STREET RM.# 3-301_
County, City _NEW YORK COUNTY, NEW YORK CITY_
State & Zip Code _NEW YORK STATE, 10007_
Telephone Number _(212) 442-4140_

Defendant No. 2    Name _WESLEY WILLIAMS._
Street Address _100 GOLD STREET_
County, City _NEW YORK COUNTY, NEW YORK CITY_
State & Zip Code _NEW YORK STATE, 10038_
Telephone Number _-311-_

Defendant No. 3    Name _A.H.P.A M.A.R.# ~~12~~ 312793_
Street Address _94 OLD BROADWAY._
County, City _NEW YORK COUNTY, NEW YORK CITY_
State & Zip Code _NEW YORK, STATE, 10027._
Telephone Number _-311-_

Defendant No. 4    Name _ANTHONY, BLANA.INC, OBAFEMI HIMOTEP_
Street Address _93 EAST 18th STREET APT # 6._
County, City _KINGS COUNTY, NEW YORK CITY._
State & Zip Code _NEW YORK STATE, 11226_
Telephone Number _-UNKNOWN-_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions            ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _CONSPIRACY BY GOVERNMENT AGENCIES TO CH-_ _"EAT ME OUT OF MY 14th AMENDMENT RIGHTS TO -_ _DUE PROCESS OF THE LAW"(FROM THE U.S CONSTITUTION)_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.   You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

**A.**    Where did the events giving rise to your claim(s) occur? *83 EAST 18th STREET APT#6 BROOKLYN, N&O YORK, 11226. 141 LIVINGSTON STREET BROOKLYN.NY.11201 Rm 409 "18" & H.CR GERTZ PLAZA, 92-31 UNION HALL STREET JAMAICA, NEW YORK 11433 6th FLOOR, 154 LAWRENCE AVE BROOKLYN, NY 11226*

**B.**    What date and approximate time did the events giving rise to your claim(s) occur? *THE AFTERNOON OF 01-20-11, 01-27-11, LATE MORNING OF 04-06-11 AND 04-07-11 AND ON THE AFTERNOON OF 08-17-11 AND 08-22-11 AND 08-24-11 AND 07-29-11 AND ON 08-01-11, AND ON 08-08-11 AND ON 08-15-11 THEN FINALLY ON 09-26-11*

**C.**    Facts: *ON 01-20-11, 01-27-11 ANTHONY, BLANDING & OBAFEMI*

| | |
|---|---|
| What happened to you? | *HIMOTEP PRETENDING TO BE THE "LANDLORD" AS PART OF A CONSPIRACY WITH N&C CENTRAL MANAGEMENT AND A.H.A CHEATED ME OUT OF 900 DOLLARS ALONG WITH BEING ALLO-* |
| Who did what? | *WED TO MAKE FALSE PROMISES OF GIVING ME LEGITIMATE PROOF OF TENANCY IN WRITTING. THEN ON 04-05-11, 04-06-11 OBAFEMI HIMOTEP CALLED 911 EMERGENCY POLICE ON ME AND* |
| Was anyone else involved? | *TOLD THEM HE WAS THE LANDLORD AND TRIED TO USE THEM TO MAKE ME HAVE TO GET OUT OF THE APARTMENT AND THE OFFICERS LISON (1579) & HASNAT (9131) OF THE 70th PCT GAVE ME A VERY HARD TIME AND CONVERSATIONALLY TRIED TO* |
| Who else saw what happened? | *TRICK & CHEAT ME, THEN OBAFEMI ALSO HIT ME IN THE FACE ON 04-07-11 BUT THE 911 EMERGENCY CALL OFFICERS SAID THEY DIDN'T SEE THE SERIOUSNESS OF MY COMPLAINT NEITHER* |

*DID THE AMBULANCE CALL RESPONDERS. I THEN GOT PROOF FROM A.H.C.R OF THEIR FAILURE TO REGISTER FOR ABOUT 23 yrs*

## IV.    Injuries:
*& FILED AGAINST THEM HIMOTEP, BLANDING ALONG WITH REPORTING IT TO HUD AND HOUSING COURT Rm 409 "18"*

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *ON 04-07-11 AFTER CALLING 911 & THE*

*AMBULANCE WHEN OBAFEMI HIT ME THEY THIS AMBULANCE DIDN'T EVEN TAKE ME TO THE HOSPITAL FOR X-RAYS BE-CAUSE THE POLICE TOLD THEM SOMETHING PREJUDICIAL SO AFTER SPEAKING WITH OBAFEMI HIMOTEP THAT THEY BOTH THE POLICE & AMBULANCE MEN DECIDED TO TELL ME THEY DIDN'T BELIEVE MY COMPLAINT WAS SERIOUS ENOUGH TO DO ANYTHING WITH OR ABOUT.*

## V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I WANT THE COURT TO ISSUE A RESTRAINING ORDER AGAINST HIMOTIER, BLANDING AND A.H.R.D. CENTRAL MANAGEMENT 141 LIVINGSTON ST COURTROOM 409 THE 70th ACT AND CORPORATION COUNSEL FOR WORKING TOGETHER IN A CONSPIRACY TO CHEAT ME OUT MY "DUE PROCESS" RIGHT OF THE FEDERAL FAIR HOUSING ACT BY THEIR MALICIOUS& UNLAWFULL DISCRIMINATION AGAINST ME THAT IS PROTECTED BY THE RENT STABALIZATION LAW AND THE EMERGENCY TENANT PROTECTION ACT. BECAUSE A.H.C.R RECOGNIZES THE CREDIBILITY OF MY TENANCY AND THE PROOF THAT I PROVIDED ALONG WITH THEIR LAW SAYS I AM ENTITLED TO THREE TIMES THE AMOUNT OF THE OVER CHARGE GOING BACK TWO YEARS BUT BECAUSE THEIR TREATMENT

I declare under penalty of perjury that the foregoing is true and correct. I AM DEMANDING

Signed this 18 day of NOVEMBER 20 11                     $1,000,000

Signature of Plaintiff     Garry Simon

Mailing Address     88 EAST 18th STREET APT #6
BROOKLYN, NEW YORK, 11226

Telephone Number     (347) 280-0373

Fax Number (if you have one) _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number     _____

Rm 127 — *To pls. check this out.*     94N631001

# CRIMINAL COURT OF THE CITY OF NEW YORK

| Docket Number | Arraignment Date | Arraignment Judge |
|---|---|---|

You are to appear in Court on _____ 9/28 _____ by 9:30 A.M. at Part _____ SAP _____ located at
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Your bail has been fixed at          $ _____          Insurance Company Bail Bond.
                                                      or
                                     $ _____          Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above,     100 Centre
   A Warrant for your Arrest will be issued.
   Your Bail, if any, will be forfeited.
   You may be charged with the crime of Bail Jumping.

If you are committed:
   You have the right to communicate with relatives or friends by letter or telephone free of charge.
   You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

CRC 3021 (8/92)

(over) (sigue)

## CORTE CRIMINAL DE LA CIUDAD DE NUEVA YORK

Numero de Inscripcion _____        _____        _____
                                                    Fecha                        Juez

Usted debe comparecer en la corte en el _____ a las 9:30 A.M. en la Parte _____ situada en
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Se le ha fijado una fianza de          un bono de $ _____ de una Compania Aseguradora.
                                                              o
                                       $ _____ fianza en efectivo.

Si lo sueltan a Usted y Usted deja de comparecer a esa hora y fecha, y en el sitio indicado:
        Una Orden de Arresto sera expedida en contra suya.
        Su Fianza, si la hay, se perdera.
        Podria ser acusado del delito de haber violado las condiciones de su libertad.

Si lo encarcelan:
        Usted tiene el derecho de comunicarse con sus parientes o sus amigos por carta o por telefono gratis.
        Usted tiene el derecho a la ayuda de un abogado en cada etapa de los procedimientos.

Si Usted desea un abogado y sus condiciones economicas no le permiten obtener un abogado, se le asignara un abogado.

## POR FAVOR TRAIGA ESTE AVISO CUANDO COMPAREZCA EN LA CORTE.

**CRC 3021 (8/92)**

(over) (sigue)

## CRIMINAL COURT OF THE CITY OF NEW YORK

Docket Number                    Arraignment Date                    Arraignment Judge

You are to appear in Court on _____11/15_____ by 9:30 A.M. at Part _____AP4_____ located at
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Your bail has been fixed at          $ _____          Insurance Company Bail Bond.
                                                              or
                                     $ _____          Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above,
    A Warrant for your Arrest will be issued.
    Your Bail, if any, will be forfeited.
    You may be charged with the crime of Bail Jumping.

If you are committed:
    You have the right to communicate with relatives or friends by letter or telephone free of charge.
    You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

**CRC 3021 (8/92)**

(over) (sigue)

## CORTE CRIMINAL DE LA CIUDAD DE NUEVA YORK

_____          _____          _____
Numero de Inscripcion                    Fecha                              Juez

Usted debe comparecer en la corte en el _____ a las 9:30 A.M. en la Parte _____ situada en 120 Schermerhorn Street, Brooklyn, N.Y. 11201.

                                          un bono de $ _____ de una Compania Aseguradora.
Se le ha fijado una fianza de                                  o
                                          $ _____ fianza en efectivo.

Si lo sueltan a Usted y Usted deja de comparecer a esa hora y fecha, y en el sitio indicado:
    Una Orden de Arresto sera expedida en contra suya.
    Su Fianza, si la hay, se perdera.
    Podria ser acusado del delito de haber violado las condiciones de su libertad.

Si lo encarcelan:
    Usted tiene el derecho de comunicarse con sus parientes o sus amigos por carta o por telefono gratis.
    Usted tiene el derecho a la ayuda de un abogado en cada etapa de los procedimientos.

Si Usted desea un abogado y sus condiciones economicas no le permiten obtener un abogado, se le asignara un abogado.

## POR FAVOR TRAIGA ESTE AVISO CUANDO COMPAREZCA EN LA CORTE.

**CRC 3021 (8/92)**                                        (over) (sigue)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:  359607

THE PEOPLE OF THE STATE OF NEW  YORK
                    VS

SIMON,BARRY
Defendant

03/27/1966
Date of Birth

Address

NYSID Number

City            State  Zip

09/26/2011
Date of Arrest/Issue

Docket Number: 2011KN077115

Summons No:

AC 16-118
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 11/15/2011 | DISMISSED - MOTION OF DA | MICHELS,S | AP4 |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

 SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

SINKLER,K
COURT OFFICIAL SIGNATURE AND SEAL

11/16/2011
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
           SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:  251546

THE PEOPLE OF THE STATE OF NEW  YORK
                    VS

SIMON,BARRY
Defendant

03/27/1966
Date of Birth

5306689P
NYSID Number

City               State   Zip

03/11/1996
Date of Arrest/Issue

Docket Number: 96N019753

Summons No:

221.40 221.10
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 08/04/1996 | PLED GUILTY & SENTENCE IMPOSED<br>PG 221.40<br>IMPRISONMENT=30D<br>LICENSE SUSPENDED=6M | VISITACION-LEWIS,L | APAR3 |

**NO FEE CERTIFICATION**

_ **GOVERNMENT AGENCY**        _ **COUNSEL ASSIGNED**

_ **NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED**

 **SOURCE**  _ **ACCUSATORY INSTRUMENT**  _ **DOCKET BOOK/CRIMS**  _ **CRC3030[CRS963]**

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

PITERS,B
COURT OFFICIAL SIGNATURE AND SEAL

09/28/2011
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
            SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

```
AH02                         CRIMS APPEARANCE HISTORY               09/28/2011
COUNTY: NEW YORK                  APPEARANCE DATES                   W315

OPTION SELECTED: ALL APPEARANCES
NAME: SIMON,BARRY                            DOCKET: 96N019753
  CCN: 16723156  L          NYSID #: ▓▓▓▓▓▓▓▓▓ P      ARREST #: M96024052


  08/04/1996 (OPEN)  APAR3       JDG:VISITACION,L  RPTR:PUGH,  ROW  NT  PGSI
       IMP=30D,LS=6M  PLED TO:PL 221.40   SURCH:$90 JDORD

  07/23/1996 (OPEN)  AP3         JDG:GROSS,M       RPTR:NIEVES,   NT  WO,AP3

  05/30/1996 (OPEN)  AP3         JDG:MOGULESCU,W   RPTR:CATAPANO,B  NT  DNR
       PC

  05/07/1996 (OPEN)  AP3         JDG:STOLZ,R       RPTR:ISSACS,S  NT  CRT TOP
       PC  ADV FRM:05/20/1996

  04/17/1996 (OPEN)  AP3         JDG:FINERTY,M     RPTR:HUDSON,  NT  PPNR
       PC

  REMARKS: CVAF INCL                   PF7/PF8 TO VIEW MORE APPEARANCES
COMMAND:      MESSAGE:
```

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:  251579

THE PEOPLE OF THE STATE OF NEW  YORK
                        VS

SIMON,BARRY
Defendant

03/27/1966
Date of Birth

346 BOWERY
Address

NYSID Number

NEW YORK                 NY  10009
City               State  Zip

Date of Arrest/Issue

Docket Number: 94N631001X

Summons No:  2037038732

221.05
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 12/08/1994 | DISMISSED-LEGALLY INSUFFICIENT | SOLOMON,C | SAP |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        X COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

      I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

LEE,N
COURT OFFICIAL SIGNATURE AND SEAL          09/28/2011
                                           DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

Case 1:11-cv-06161-CBA-CLP    Document 4    Filed 11/18/11    Page 14 of 27 PageID #:

```
AH02                         CRIMS APPEARANCE HISTORY              09/28/2011
COUNTY: NEW YORK                APPEARANCE DATES                    W315

OPTION SELECTED: ALL APPEARANCES              SUMMONS #: 002037038732
NAME: SIMON,BARRY                             DOCKET: 94N631001X
  CCN:                    NYSID #:            ARREST #:

  12/08/1994 (OPEN)  SAP          JDG:SOLOMON,C    RPTR:MARCIANO,   ARR:DAT
        DISM-INSF

  11/29/1994 (OPEN)  6PCT         JDG:GREY,M       RPTR:GRIMES,   NT  CCTRANS

  11/29/1994 (OPEN)  SAP-W        JDG:SOLOMON,C    RPTR:GRIMES,   NARR  WO,SAP




  COMMAND:      MESSAGE:
```

**Andrew M. Cuomo**
**Governor**



Darryl C. Towns
Commissioner

### New York State Division of Housing and Community Renewal
#### Office of Rent Administration
Gertz Plaza
92-31 Union Hall Street
Jamaica, NY 11433

September 26, 2011

Barry Simon
83 East 18 Street, Apt. 6
Brooklyn, N.Y. 11226

Enforcement Case No.: ZI-210015-HL; Harassment Complaint of Barry Simon

Dear Mr. Simon:

A search of the records of the New York City Department of Finance reveals that the current deed owner of your building, located at 83 East 18 Street, Brooklyn, New York (Block 5099, Lot 37), is the City of New York.

Section 2520.11(b) of the Rent Stabilization Code exempts from rent stabilization coverage any building owned by a municipality. Therefore, the DHCR does not have jurisdiction to adjudicate your above harassment complaint.

Accordingly, I will recommend that the captioned enforcement case be closed.

Very truly yours,

John J. Mulholland
Senior Attorney

Andrew M. Cuomo
Governor



Darryl C. Towns
Commissioner

## New York State Division of Housing and Community Renewal
### Office of Rent Administration
Gertz Plaza
92-31 Union Hall Street
Jamaica, NY 11433

Date: **SEP 2 7 2011**

Barry Simon
83 East 18 Street, Apt. 6
Brooklyn, N.Y. 11226

Re: Landlord: City of New York
Enforcement Case No.: ZI-210015-HL
Premises: 83 East 18 Street.
          Brooklyn, N.Y. 11226
Apartment: 6

Dear Tenant(s):

After a review and evaluation of the subject matter concerning alleged harassment by your landlord, the Enforcement Unit of the Office of Rent Administration has determined that no further enforcement action is presently warranted because:

( )  1. The matter has been resolved.

( )  2.  This office accepts the tenant's withdrawal.

( )  3. There is an absence of sufficient evidence at this time.

( )  4. The allegations for which proof were offered do not constitute violations of the harassment sections of the rent regulatory laws.

( )  5. The remaining complaints or unresolved issues do not constitute violations of the harassment sections of the rent regulatory laws.

( )  6. The remaining complaints refer to decreases in services and do not warrant further Enforcement Unit action. You may, if this has not already been done, file a decrease in services complaint with our Gertz Plaza office located at 92-31 Union Hall Street, Jamaica, Queens, New York 11433.

Enforcement Case No.: ZI-210015-HL
Page 2 of 2

( ) 7. The tenant has failed to reply to communications from this office and/or attend a scheduled conference in this matter.

( ) 8. The tenant has failed to supply requested and required information.

( ) 9. The matter has been determined by a prior court proceeding.

(X) 10. The tenant is not subject to the rent regulatory laws and therefore is not within our jurisdiction. .

( ) 11. Other:

This termination is without prejudice to a subsequent re-filing based on new or additional facts.

Very truly yours,

John J. Mulholland
Senior Attorney



**U.S. Department of Housing and Urban Development**
New York State Office
Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278-0068
http://www.hud.gov/local/nyn/

Barry Simon
83 East 18th St., Apt. 6
Brooklyn, New York 11226

OCT 18 2011

Dear Mr. Simon:

SUBJECT:    Inquiry No. 328781

In order to further process your complaint, we will need the following information:

_X_    The complaint is not signed and dated.
       Please sign the complaint and provide the date you are singing the complaint form.

____   The complaint is not signed and dated by the other party.

____   The complainant's address is incomplete.

____   Item 2 is incomplete.  Against whom is this complaint being filed?

____   Item 3 is incomplete.  What did the Respondent do?

____   Item 4 is incomplete.  Why did the Respondent do what is alleged in item 3?

____   Item 5 is incomplete.  What kind of property is involved?

_X_    Item 6 is incomplete.  Summarize what happen.
       Please provide a clear, detailed summary of what act(s) took place that you believe were
       discriminatory.

____   You did not include the date of allegation(s) in Box 6a.

____   You did not send us an original complaint form.  Please either send the original
       or a copy of it with an original signature.

____   The complaint form is not legible.  Please redo your form.

_X_    Please redo the enclosed official complaint form.  The one which you
       previously filled out was for "informational" purposes only.

   X   Other: Please provide additional information on why you believe you were discriminated against.

Please provide the information requested above and mail it back to us in the self-addressed stamped envelope, which is enclosed for your convenience. If you have any further questions, please do not hesitate to call Tameka Henderson, at (212) 542-7553, or toll free at 1-800-496-4296.

If this office does not receive a response from you within ten (10) days of receipt of this letter, we will take no further action on your complaint(s).

Sincerely,

Robert N. Norrington
Intake Branch Chief
Region II
Office of Fair Housing
  and Equal Opportunity

Enclosure

# Housing Discrimination Complaint

**U.S. Department of Housing and Urban Development**
Office of Fair Housing and Equal Opportunity

OMB Approval No. 2529-0011

**Please type or print this form**

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

**This section is for HUD use only.**

| Number | (Check the applicable box) | Jurisdiction | Signature of HUD personnel who established Jurisdiction |
|---|---|---|---|
| | ☐ Referral & Agency (specify) | ☐ Yes  ☐ No | |
| Filing Date | ☐ Systemic | ☐ Additional Info | |
| | ☐ Military Referral | | |

**1.** Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss.,Ms.)   Home Phone   Business Phone

SIMON BARRY. E.   (347)280-0373  SAME.

Street Address (city, county, State & zip code)

83 EAST 18 STREET APT 6 BROOKLYN, N.Y. 11226

**2.** Against Whom is this complaint being filed? (last name, first name, middle initial)   Phone Number

N.Y.C. DEPARTMENT & HOUSING PRESERVATION DEVELOPMENT #311

Street Address (city, county, State & zip code)

100 GOLD STREET New YORK, N.Y. 10038

Check the applicable box or boxes which describe(s) the party named above.

☐ Builder  ☑ Owner  ☐ Broker  ☐ Salesperson  ☑ Supt. or Manager  ☐ Bank or Other Lender  ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☑ and write the name and address of the company in this space:

Name: New YORK CITY'S   Address

CENTRAL MANAGEMENT #312793 94 OLD BROADWAY New York N.Y. 10027.

Name and identify others (if any) you believe violated the law in this case:

ANTHONY BLANAING, OBAFEMI HIMOTEP   83 EAST 18th STREET APT #6 BROOKLYN N.Y. 11226

**3.** What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.

☐ Refuse to rent, sell, or deal with you  ☐ Falsely deny housing was available  ☐ Engage in blockbusting  ☐ Discriminate in broker's services

☑ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities  ☐ Advertise in a discriminatory way  ☐ Discriminate in financing  ☑ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law

☑ Other (explain)  THROUGH MR. BLANAING HIMOTEP

N.Y.C CENTRAL MANAGEMENT TOOK ADVANTAGE OF MR

**4.** Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.

☑ Race or Color  ☐ Religion (specify)  ☐ Sex  ☑ Handicap  ☐ Familial Status  ☐ National Origin

☐ Black  ☐ Male  ☑ Physical  ☐ Presence of children under 18 in the family  ☐ Hispanic  ☐ American Indian or Alaskan Native  ☐ Other (specify)

☐ White  ☐ Female  ☑ Mental  ☐ Pregnant female  ☐ Asian or Pacific Islander

☐ Other

**5.** What kind of house or property was involved?

☐ Single-family house  
☐ A house or building for 2, 3, or 4 families  
☑ A building for 5 families or more  
☐ Other, including vacant land held for residential use (specify)

Did the owner live there?  
☐ Yes  
☑ No  
☐ Unknown

Is the house or property  
☐ Being sold?  
☑ Being rented?

What is the address of the house or property?

(street, city, county, State & zip code) 83 EAST 18th STREET APT 6 BROOKLYN N.Y. 11226.

**6.** Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment.
**Note:** HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

I WAS SUCCORIZED INTO A DISCRIMINATORY ILLEGAL RENT OVERCHARGE SCAM BY—

**6a.** When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)

01,20,11 01,27,11 03,01,11
04,05-06,11 07,29,11 07,08,11
08-15-08

**7.** I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.

Signature & Date   Barry Simon  08-15-08

Previous editions are obsolete   Page 1 of 8   form HUD-903 (7/2001)
ref Handbook 8024.1

CONTINUED.

MR. ANTHONY BLANDING & MR. OBAFEMI —
HIMOTIED WHO WERE DESCRIETIEL BEING
ALLOWIED BY N.Y.C'S CENTRAL MANACTEMEN
AND H.P.D TO USE DISCRIMINATORY TACTICT
TO CHEAT ME OUT OF MY RICHT TO FAIR
HOUSING BY A) CALLING 911 N.Y.P.D TO TRY
TO GET ME OUT THE APARTMENT B) REMO
VE MY MAIL FROM THE MAILBOX ALONG -
WITH DENY ME ACCESS C) WHEN EVER I
FILED A COMPLAINT WITH H.P.C THE
COURT DISMISS THE CASE D) H.P.D'S IN
SPECTOR NEVER PERFORMED FAIR AND
IMPARTIAL INSPECTIONS E) H.P.D & CORP
COUNSEL, ATTORNEY'S FOR NY.C DISCRIMI-
NATED ACTAINST ME AND DENIED MY
TENANCY RICHTS IN THEIR VERIFIED ANSWER

## CRIMINAL COURT OF THE CITY OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK,

against

_Barry Simon_ , Defendant

**NOTICE OF APPEARANCE**

County _____ /L ____ Part ____ PN2

Docket Number/Year _____ 115

☐ Interpreter Required _____
_Language_

To the Clerk of the Court:

You are hereby notified that I represent the defendant in the above-entitled action.

**ATTORNEY** _Suengle_
Print Attorney's Name

By _Denee Suengle_
Signature

Address _____

_____

_____

Telephone _____
Area Code - Number

☑ Legal Aid (Assigned)

☐ County Law (Assigned)

☐ Retained

9/27/11
Dated: City of New York

**CRC 3014** (8/96) [CRC 260]

```
            NEW YORK CITY CRIMINAL JUSTICE AGENCY
                      ( 08-Nov-11 )



 .           BARRY SIMON
 .           83 EAST 18TH STREET 6
 .           BROOKLYN NY 11226
 .                                 CJA CASE NUMBER: C2011K693064
 .

Dear BARRY SIMON:                  Estimado BARRY SIMON:

You must come to Criminal Court    Usted debe presentarse a la
at the place and time listed       Corte Criminal en el lugar
below.                             y hora indicado abajo.

Please call the Criminal Justice   Por favor, llame inmediatamente
Agency immediately to confirm      a la Agencia de Justicia Criminal
your court appearance.             para confirmar su presencia en
                                   la corte.

Call: 1-212-619-4570               Llame al 1-212-619-4570

We are open 24 hours a day.        Estamos abierto 24 horas al dia.
                                   Se habla Espanol.


Date/Fecha        Part/Parte         Time/Hora        Docket#
----------        ----------         ---------        -------
15-Nov-11         AP4                9:30 AM          2011KN077115

                      Place/Lugar
                      -----------
                 BROOKLYN CRIMINAL COURT
                 120 SCHERMERHORN STREET
                  BROOKLYN, NY 11201

If you do not come to court,       Si usted no se presenta a la
a warrant will be issued for       corte, una orden de arresto
your arrest.                       (warrant) sera expedida en su
                                   contra.


If the court date on this letter   Si el dia de la corte en esta
differs from the date provided by  carta es diferente con la fecha
the court, please follow the       dada por la corte, por favor
instructions of your attorney.     siga las instrucciones de su
                                   abogado.                        0
```

AA-500 (1/06)

**COMPLAINT/INFORMATION**

433287327—0

The People of the State of New York VS.

Susp/Rev Check ☐ Yes    No ☐
Motorist Exhibited License ☐ Yes    No ☐

| Last Name | First Name | M.I. |
|---|---|---|
| Simon | Barry | F |

| Street Address | Apt. No. |
|---|---|
| 83 Eighth St | 3 |

| City | State | Zip Code |
|---|---|---|
| Brooklyn | NY | 11226 |

ID Number

| Date of Birth | | | Sex |
|---|---|---|---|
| MO 03 | DAY 27 | YR 66 | M |

| Lic. State | Lic. Class or ID Type | Date Expires | | | Operator Owns Vehicle |
|---|---|---|---|---|---|
| | | MO | DAY | YR | ☐ Yes   No ☐ |

**OPERATOR AND/OR OWNER OF VEHICLE BEARING LICENSE**

| Plate No. | | | | NY | CT | PA | NJ | Other | | | Reg. Expires | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PAS | OMT | COM | OML | Other | CHEV | FORD | HONDA | DODG | OLDS | BUICK | TOYT | NISS | Other | | | MO | | DAY | | YR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SEDAN | SUBN | VAN | TRUCK | MCY | Other | Veh. Yr. | Veh. Color | Alternate Plate | State |
|---|---|---|---|---|---|---|---|---|---|

VIN No.

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| AM ☐ | Time | PM ☐ | Date of Offense 9/26/11 | County Kings | Precinct 070 |
|---|---|---|---|---|---|

| Place of Occurrence | c/o | Crecke Ave Parade Pl |
|---|---|---|

IN VIOLATION OF

| Sec 16-118 | Sub 6 | V.T.L. | Traff. Rules | Admin. Code X | Penal Code | Other |
|---|---|---|---|---|---|---|

Description of Violation, if Not Shown Below. (If returnable to Criminal Court, indicate Court Location and Date of Appearance below and COMPLETE, DATE, AND SIGN INFORMATION ON REVERSE SIDE.)

Urinating in Public

| SPEEDING | | DISOBEY | TRAFF | CONT | DEV | Uninspec. Veh. | Unreg. Veh. | Unlic. Oper. |
|---|---|---|---|---|---|---|---|---|
| MPH | In MPH Zone | ☐ Sign | Pave Marks | CONT ☐ DEV ☐ | | Uninsur. Veh. | Com. Veh. | Bus | Haz. Mat. |
| | | ☐ Signal | | | | | | | |

The person described above is summoned to appear at **CRIMINAL COURT**    Summons Part    County

Located at

| Date of Appearance | 9:30 a.m. | day of | year |
|---|---|---|---|

I personally observed the commission of the offense charged above. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Affirmed under penalty of perjury.

Rank/Full Signature of Complainant
P.O.

| Complainant's Full Name (printed) P.O. Aguino | Command Code 0030 |
|---|---|

| Agency/NCIC NYPD | Squad 153 | Tax Registry No. 948625 |
|---|---|---|

I acknowledge receipt of this summons. I understand it is my responsibility to read and comply with the instructions on my copy, and that my signature below is not an admission of guilt.

Name    Refused    Date

At the A/O Observed deft
urinate in public.

9/26/11

PROPERTY CLERK INVOICE

S025492

| ☐ ARREST EVIDENCE | ☐ DNA ARREST EVIDENCE | ☐ FORFEITURE | ☐ FOUND PROPERTY | ☐ PEDDLER PROPERTY |
| ☐ INVESTIGATORY | ☐ DNA INVESTIGATORY | ☐ DECEDENT'S PROPERTY | ☒ SAFEKEEPING | ☐ OTHER |

Invoicing Officer Rank/Name: PO AQUINO — Tax No. 9486125 — Command 070 — Invoiced date 09/26/2011 — Invoicing Command 070

Arresting Officer Rank/Name: PO AQUINO — Tax No. 948625 — Command 070 — Complaint No. n/a — Aided/Accident No. n/a

Investigating Officer Rank/Name: n/a

CSU/ECT Processing Officer n/a

☒ Arrest Date 09/26/2011  Charge IL 000.00 CV

Finder of Property: t/aquino  Address: 154 lawrence ave bk, ny 11226  Telephone 7188515511

Prisoner's Last Name: SIMON, BARRY, E  DOB 08/27/1966  Address 83 B 18 Street apt 6  Arrest No. K11693064Y

| ITEM No. | QTY | ARTICLE | CASH VALUE | PEDDLER/LEAD SEAL No. | SEC/NARCO ENVELOPE No. |
|---|---|---|---|---|---|
| 1 | 1 | package of incents | | | c448140 |
| 2 | 10 | keys on key ring | | | " |
| 3 | 1 | black sunglasses | | | " |
| 4 | 1 | black cell phone | | | " |
| 5 | 1 | black marble notebook | | | " |
| 6 | 1 | black bluetooth ear piece | | | " |
| 7 | 1 | container of pepper spray | | | " |
| 8 | 1 | clear pen | | | " |
| 9 | 2 | towels | | | " |
| 10 | 2 | black cases | | | c448140 |

IMEI No. 001700469859000

REMARKS: The above list of property is a complete list of items being vouchered for safekeeping in regards to K11693064Y. PSEI# C448140.

Invoicing Officer PO Aquino  Tax No. 948625  Command 070

S025492

6

DISTRIBUTION: 1. WHITE - PCD File Copy  2. WHITE - Inventory Unit Copy  3. YELLOW - PCD Work Copy  4. BLUE - Assigned Investigator's Copy  5. GREEN - ADA Copy  6. PINK - Prisoner/Finder Copy  7. GOLD - A/O's Copy

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should return and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice.

In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than **120 days** after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant release. Presentation of either or both of these documents to the Property Clerk is **NOT** required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have **270 days** from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant release (nor release or statement refusing to grant a release is not provided to the Property Clerk with in **270 days** of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property Clerk with a District Attorney's statement refusing to grant release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after **one (1) year**, unless otherwise requested by the investigating officer.

## DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):

    a.  Property having a value of less than $100 — **3 months**
    b.  Property having a value of $100 but less than $500 — **6 months**
    c.  Property having a value of $500 but less than $5,000 — **1 year**
    d.  Property having a value of $5,000 or more — **3 years**

## SAFEKEEPING

Property held for Safekeeping will be disposed of if not claimed in 120 days from the date it was **invoiced**. All fire-arms, rifles and shotguns, deposited for safekeeping must be reclaimed or disposed of by the owner within **one (1) year** of the date of deposit. After the expiration of **one (1) year**, the firearm, rifle or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYC Law department stating the property can be released and:

    a.  A claimant that was issued an environmental control board summons must obtain a decision and order sheet from ECB.
    b.  A claimant that was issued a criminal court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.

The Property Clerk offices are located at:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 301 Gold Street | 718-875-6675 |
| QUEENS | 47-08 Austel Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

If a vehicle is involved, contact the following:

| | | |
|---|---|---|
| ERIE BASIN AUTO POUND | 700 Columbia Street | 718-246-2031 |

For more information visit the Property Clerk Division's website:
**http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml**

PD 521-141 (Copy 6) (Rev. 11-09)